UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No. 16-1598

FRANTZ BERNARD, ANTHONY ROSS, TIMOTHEUS HOMAS

Appellants

v.

EAST STROUDSBURG UNIVERSITY, et al.

Appellees

(M.D. Pa No. 3-09-cv-00525)

## **APPELLANTS' MOTION**
## **FOR STAY OF BRIEFING SCHEDULE**
## **PURSUANT TO COURT ORDER DATED JUNE 23, 2016**

1.      On March 15, 2016, Appellants timely filed their appeal of the Order dated February 24, 2016 by the Honorable Robert D. Mariani in the United States District Court for the Middle District of Pennsylvania, Civil Action Number 3:09-CV-00525.

2.      On May 24, 2016, Appellants filed a Motion to Amend the Lower Court Record and to Stay the Briefing Schedule under L.A.R. 30.3(a).

3.      On June 23, 2016, this Court, the Honorable Cheryl Ann Krause denied Appellants' Motion to Amend the Lower Court Record and to Stay the Briefing Schedule without prejudice, advising Appellants that if they sought relief in the District Court, they may then move to stay the briefing schedule in this Court pending the District Court's ruling. (A true and correct copy of this Court's Order is attached hereto as Exhibit "A").

4.      On July 6, 2016 Appellants filed a Motion for Relief from a Judgment and Order and to Correct the Record and other pertinent documents with the District Court. (A true and correct copy of Appellants' Motion is attached hereto as Exhibit "B").

WHEREFORE, Appellants request that this Honorable Court stay the briefing schedule in this Court pending the District Court's ruling.

Respectfully submitted,

/s/ Albert R. Murray, Jr.
ALBERT R. MURRAY, JR., ESQ.
Attorney I.D. No. 20059
630 Marshalls Creek Road
East Stroudsburg, PA  18302
570-223-0287
armurray@sunlink.net
Attorney for Appellants