UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 27, 2016
BCO-112

No. <u>16-1598</u>

FRANTZ BERNARD; TIMOTHEUS HOMAS;
ANTHONY ROSS; DEJEAN MURRAY;
WILLIAM BROWN; JERRY SALTER

v.

EAST STROUDSBURG UNIVERSITY, et al.

Frantz Bernard; Timotheus Homas; Anthony Ross,

Appellants

(M.D. Pa. No. 3-09-cv-00525)

Present:  FUENTES, <u>Circuit Judge</u>

1) Motion by Appellants for Stay of Briefing Schedule Pursuant to Court Order dated June 23, 2016

2) Response by Appellee Isaac W. Sanders in Opposition to Appellants' Motion Stay of Briefing Schedule Pursuant to Court Order dated June 23, 2016

Respectfully,
Clerk/ARR

_____ORDER_____

The briefing schedule is hereby stayed pending disposition by the District Court of appellants' motion for relief from a judgment and order and to correct the record.

Appellants shall file a status report within 30 days from the date of this order and every 30 days thereafter until the District Court has ruled on the pending motion. Appellants shall promptly inform the Clerk in writing as to the date and disposition of the motion by the District Court.

By the Court,

<u>s/Julio M. Fuentes</u>
Circuit Judge

Dated: August 18, 2016
ARR/cc: ARM; JBD; HTC